IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
April, 15 2025
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
       DEPUTY CLERK

| | |
|---|---|
| **I N TRANSPORT, INC.,** | ) |
| Plaintiff, | ) Case No. 1:23CV00023 |
| v. | ) **ORDER CLOSING CASE** |
| **IVS FREIGHT, INC.,** | ) Judge James P. Jones |
| Defendant. | ) |

The court having been advised that a settlement has been reached, the case is hereby administratively closed. The court retains jurisdiction for sixty (60) days. If desired, the parties may hereafter within such time submit an agreed stipulation, final order or judgment. If no such agreed stipulation, final order or judgment is timely submitted, and if no party files a motion to reopen the case or to enforce the terms of the settlement within such time, this action shall, without further order, stand dismissed with prejudice.

It is so **ORDERED**.

ENTER: April 15, 2025

/s/ James P. Jones
Senior United States District Judge